**Alexandra BATEN, Plaintiff—Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF JUVENILE JUSTICE, Defendant—Appellee.**

**No. 05–1052.**

United States Court of Appeals, Fourth Circuit.

Submitted June 17, 2005.

Decided July 8, 2005.

Chalmers C. Johnson, Chalmers Johnson Law Firm, Charleston, South Carolina, for Appellant. Kathryn Thomas, Christina M. Summer, Gignilliat, Savitz & Bettis, L.L.P., Columbia, South Carolina, for Appellee.

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Alexandra Baten appeals the magistrate judge's* order denying her Fed.R.Civ.P. 60(b) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Baten v. South Carolina Dep't of Juvenile Justice,* No. CA–01–980–3–10BD (D.S.C. Dec. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).